Form B1 (Official Form 1) - (Rev. 1/08)

2009 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**VOLUNTARY PETITION**

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Closet World, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 95-4783605 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): 3860 Capitol Avenue Whittier, CA   ZIP CODE 90601 | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: Los Angeles County | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE |
|---|

**Type of Debtor (Form of Organization)** (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other - If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

Home Improvement

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee (Check one box)**
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08)                                                                    2008 USBC, Central District of California

## Voluntary Petition
*(This page must be completed and filed in every case.)*

| Name of Debtor(s): | | |
|---|---|---|
| **Closet World, Inc.** | | |

FORM B1, Page 2

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. | ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| ☒  No | If this is a joint petition: |
| | ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 1/08)

2008 USBC, Central District of California

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Closet World, Inc. | FORM B1, Page 3 |
| --- | --- | --- |

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X *Christopher S. Reeder*
Signature of Attorney for Debtor(s)

Christopher S. Reeder
Printed Name of Attorney for Debtor(s)

Reeder, Lu & Green LLP
Firm Name

2121 Avenue of the Stars
Address

Suite 950

(310) 270-9300
Telephone Number

3/17/10        193041
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Gerard A. Thompson
Printed Name of Authorized Individual

Senior Vice President & CFO
Title of Authorized Individual

March 17, 2010
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
                                    Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 (310) 270-9300<br><br>☒ Attorney for: Closet World, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>CLOSET WORLD, INC.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: March 18, 2010 _17,_

☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____     3/17/2010
Signature of Authorized Signatory of Filing Party     Date

Gerard A. Thompson
Printed Name of Authorized Signatory of Filing Party

Senior Vice President and CFO
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____     3/17/10
Signature of Attorney for Filing Party     Date

Christopher S. Reeder
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

### UNANIMOUS WRITTEN CONSENT
### OF DIRECTORS OF
### CLOSET WORLD, INC.

The undersigned members of the Board of Directors ("Board") of Closet World, Inc. (the "Company"), being all of the Directors of the Company, hereby adopt the following resolutions by unanimous written consent, as authorized by applicable law and the By-Laws of the Company:

**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing a case (the "Bankruptcy Case") under the Bankruptcy Code; therefore, it is:

**RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under chapter 11 in the Bankruptcy Case, and the law firm of Reeder, Lu & Green, LLP is authorized to file the petition on behalf of the company; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the Bankruptcy Case for the Company and Reeder, Lu & Green, LLP as special counsel for specified matters; and it is

**RESOLVED**, that each of the officers of the Company, including Frank Melkonian, Chief Executive Officer, Gerard A. Thompson, Chief Financial Officer, and Alex Jivalagian, vice president of operations, are hereby authorized to:

a.  Execute and file all schedules, lists, statements and other papers and to take any and all action that he deems necessary, proper or desirable in connection with the Bankruptcy Case for the Company with view toward the successful completion of the Bankruptcy Case; and

b.  Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions.

Dated: March 17, 2010

By: _F. Melk~_

Name: _FRANK MELKONIAN_

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(310) 270-9300<br>☑ Attorney for: Closet World, Inc. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    Closet World, Inc.<br><br>                              Debtor(s),<br><br>                              Plaintiff(s),<br><br>                              Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |

### Corporate Ownership Statement Pursuant to
### FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Gerard A. Thompson                        , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☑  I am the president or other officer or an authorized agent of the debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the debtor corporation ·

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

        Home Organizers Inc.

   b.    ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Signature of Attorney or Declarant                    Date  3/17/2010

Gerard A. Thompson
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                          F 1007-4

1  Christopher S. Reeder (State Bar No. 193041)
   REEDER, LU & GREEN LLP
2  2121 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
3  Telephone: (310) 270-9300

4  Proposed Counsel to Closet World, Inc.

5              UNITED STATES BANKRUPTCY COURT

6               CENTRAL DISTRICT OF CALIFORNIA

7                    LOS ANGELES DIVISION

   In re:                              | Case No.:
8
   CLOSET WORLD, INC., a Delaware corporation,   | Chapter 11
9
10                          Debtor.

11                                     LIST OF CREDITORS HOLDING 20
                                       LARGEST UNSECURED CLAIMS
12                                     PURSUANT TO FEDERAL RULE OF
                                       BANKRUPTCY PROCEDURE 1007(D);
13                                     DECLARATION OF GERARD A.
                                       THOMPSON

14

15         The above-captioned debtor (the "Debtor"), hereby submits the attached List of Creditors

16  Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the

17  "List"). The List does not include (1) persons who come within the definition of "insider" set forth in

18  11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the

19  unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The

20  List also does not include customers who have pre-paid for products and/or services from the Debtor

21  or who may have warranty claims against the Debtor or current employees with priority claims under

22  11 U.S.C. § 507(a)(4), as the Debtor intends to satisfy such claims in the ordinary course of its

23  business, subject to approval by the Court.

24         The list was prepared by the Debtor based upon the ongoing review of its books and records.

25  The List, therefore, is subject to amendment if additional information becomes known as a result of

26  the ongoing review of the books and records.

27

28

                                    1

1  Dated: March 17, 2010                    REEDER, LU & GREEN LLP

2

3                                           By: _Christoph S. Reeder_

4                                              Christopher S. Reeder
                                            Proposed Counsel for Closet World, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## DECLARATION OF GERARD A. THOMPSON

I, Gerard A. Thompson, declare as follows:

1.     I am the Senior Vice President and Chief Financial Officer of the Debtor in the above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of my information and belief based upon my review of the Debtor's books and records.  If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of March 2010 at Whittier, California.

Gerard A. Thompson
Senior Vice President and CFO

3

## CLOSET WORLD, INC.
## 20 Largest Unsecured Claims

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Indicate if contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| Valassis Direct Mail Inc. | | Vendor | | $134,622.37 |
| American Renolit Corporation<br>PO Box 5805<br>Carol Stream, IL 60197-5805 | American Renolit Corporation<br>PO Box 5805<br>Carol Stream, IL 60197-5805<br>(219) 324-6886 | Vendor | | $33,976.73 |
| Berry Network, Inc.<br>PO Box 71090<br>Cincinnati, OH 45271-0909 | Berry Network Inc<br>PO Box 71090<br>Cincinnati, OH 45271-0909<br>(800) 366-1264 | Vendor | | $9,474.81 |
| City of Industry<br>PO Box 3366<br>City of Industry, CA 91744 | City of Industry<br>PO Box 3366<br>City of Industry, CA 91744<br>(818) 764-9223 | Vendor | | $25,689.52 |
| Colorado Muffler & Auto<br>2155 East Colorado Blvd Unit 7<br>Pasadena, CA 91107 | Colorado Muffler & Auto Repair<br>2155 East Colorado Blvd Unit 7<br>Pasadena, CA 91107<br>(626) 449-7779 | Vendor | | $16,693.68 |
| Contractors Wardrobe<br>26121 Avenue Hall<br>Valencia, CA 91355 | Contractors Wardrobe<br>26121 Avenue Hall<br>Valencia, CA 91355<br>(661) 257-1177 | Vendor | | $11,834.31 |
| D.H. Maintenance Services<br>Attn George Wallis<br>2320 Back Nine Street | DH Maintenance Services<br>Attn George Wallis<br>2320 Back Nine Street | Vendor | | $4,470.00 |

## CLOSET WORLD, INC.
### 20 Largest Unsecured Claims

| | | | |
|---|---|---|---|
| Oceanside, CA 92056-1701 | Oceanside, CA 92056-1701<br>(760) 721-0440 | | $4,558.00 |
| Day & Nite Forklift Co.<br>12135 Clarke St<br>Santa Fe Springs, CA 90670 | Day & Nite Forklift Co<br>12135 Clarke St<br>Santa Fe Springs, CA 90670<br>(562) 777-1833 | Vendor | |
| Hafele America, Co.<br>PO Box 75352<br>Charlotte, NC 28275 | Hafele America Co<br>PO Box 75352<br>Charlotte, NC 28275<br>(866) 423-3531 | Vendor | $5,287.02 |
| Los Angeles County Tax<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | Los Angeles County Tax<br>Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | Vendor | $198,830.14 |
| Louis and Company<br>P O Box 2253<br>Brea, CA 92822-2253 | Louis and Company<br>P O Box 2253<br>Brea, CA 92822-2253<br>(714) 529-1771 | Vendor | $9,042.66 |
| Money Mailer Inc.<br>12131 Western Ave<br>Garden Grove, CA 92841 | Money Mailer Inc<br>12131 Western Ave<br>Garden Grove, CA 92841<br>(714) 889-3800 | Vendor | $8,802.00 |
| Penny Saver<br>Dept 6082<br>Los Angeles, CA 90088-6082 | Penny Saver<br>Dept 6082<br>Los Angeles, CA 90088-6082<br>(714) 996-8900 | Vendor | $232,984.08 |
| Stiles Machinery, Inc.<br>NW 6027<br>PO Box 1450<br>Minneapolis, MN 55485-6027 | Stiles Machinery Inc<br>NW 6027<br>PO Box 1450<br>Minneapolis, MN 55485-6027<br>(616) 698-7500 | Vendor | $14,163.83 |
| First Communications LLC<br>PO Box 89406<br>Cleveland, OH 44101-6406 | First Communications LLC<br>PO Box 89406<br>Cleveland, OH 44101-6406 | Vendor | $11,541.52 |

## CLOSET WORLD, INC.
### 20 Largest Unsecured Claims

| | | | |
|---|---|---|---|
| ADP, Inc.<br>PO Box 0500<br>Carol Stream, IL 60132-0500 | ADP Inc<br>PO Box 0500<br>Carol Stream, IL 60132-0500 | Vendor | $14,170.15 |
| American Guard Services, Inc.<br>PO Box 80026<br>City Of Industry, CA 91716 | American Guard Services Inc<br>PO Box 80026<br>City Of Industry, CA 91716<br>(310) 645-6200 | Vendor | $17,937.92 |
| Calsak Plastics<br>15325 Fairfield Ranch Road,<br>Suite 150<br>Chino Hills, CA 91709 | Calsak Plastics<br>15325 Fairfield Ranch Road,<br>Suite 150<br>Chino Hills, CA 91709<br>(310) 928-4100 | Vendor | $4,397.02 |
| Google, Inc.<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | Google Inc<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | Vendor | $9,691.98 |
| T-Mobile<br>PO Box 51843<br>Los Angeles, CA 90051-6143 | T-Mobile<br>PO Box 51843<br>Los Angeles, CA 90051-6143 | Vendor | $6,451.23 |

Verification of Creditor Mailing List - (Rev. 10/05)                              2003 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Christopher S. Reeder

Address   Reeder Lu & Green LLP
          2121 Avenue of the Stars Ste. 950
          Los Angeles, CA 90067

Telephone      (310) 270-9300

☒  Attorney for Debtor(s)    Closet World, Inc.
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter:      11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  2  sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   March 17, 2010

_____
*Debtor*

/s/ Christopher S. Reeder
_____
*Attorney (if applicable)*

_____
*Joint Debtor*

Closet World Inc
3860 Capitol Ave
Whittier, CA 90601-1733


Reeder Lu & Green LLP
2121 Avenue of the Stars
Suite 950
Los Angeles, CA 90067


Office of the United States Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017

Kimberleigh Abrego
133 Mira Del Sur
San Clemente, CA 92673


Action Marketing
5301 Beethoven
Number 295
Los Angeles, CA 90066


Active Sales Co Inc
PO Box 3908
Santa Fe Springs, CA 90670


ADP Inc
PO Box 0500
Carol Stream, IL 60132-0500


Jose Aguayo
382 1/2 S La Verne
Los Angeles, CA 90022


Victor Aguilar
2406 S Nancy St 1
West Covina, CA 91792


Corina Aguilar
337 Hallrich St
La Puente, CA 91744

Jami Aguilar
711 Glen Alan Ave
West Covina, CA 91791


Jorge Aguirre
3009 Allgeyer
Avenue B
El Monte, CA 91732


Rosa Alas
448 Fullerton Road
Rowland Heights, CA 91748


Cruz Alba
4909 Fortin St
Baldwin Park, CA 91706


Debra Almquist
810 Sungrove Place
Brea, CA 92821


Miguel   Alvarez
1145 E Barham Dr
Number 188
San Marcos, CA 92078


Jose Alvarez Torres
636 N Hill Pl
Number 307b
Los Angeles, CA 90012

American Guard Services Inc
PO Box 80026
City Of Industry, CA 91716


American Renolit Corporation
PO Box 5805
Carol Stream, IL 60197-5805


Jaime Anaya Cachu
14439 Biddeford St
Poway, CA 92064


Anderson Air Conditioning LP
AN AMS Company
PO Box 95000-2330
Philadelphia, PA 19195-2330


Pamela Anderson
18939 Killimore Ct
Northridge, CA 91326


Jodi Andro
2975 Jamestown Dr
Riverside, CA 92504


Shibel Anton
303 B South Baldwin Ave
Arcadia, CA 91007

Aqua Perfect Group LLC
455 W 21st Street Suite 108
Tempe, AZ 85282


Jose Arceo
1815 Puente Ave E
Baldwin Park, CA 91706


Andres Argueta
14052 Ohio St
Baldwin Park, CA 91744


Guillermo Arias
344 Mt Vernon Dr
San Gabriel, CA 91775


Garabet Armeghanian
310 Mchenry Road
Glendale, CA 91205


Carlos Arteaga
1023 De Garmo Dr
Los Angeles, CA 90063


Steven Artinian
345 Pioneer St 503 W
Glendale, CA 91203

Khajak Artinian
12546 Strawberry Pl
Chino, CA 91710


Jolene Wilson Austin
10041 Crailet Drive
Huntington Beach, CA 92646


Gustavo Avila
13234 Meyer Road
Apt 7
Whittier, CA 90605


Miguel Avila
13234 Meyer Rd
Number 7
Whittier, CA 90605


Noemi Barajas
5456 Rockne Ave
Whittier, CA 90601


Alan Barnett
10657 Pinon Ave
Hesperia, CA 92345


Brad Barnwell
17603 E Benbow St
Covina, CA 91722

Raul Soto Barreto
1000 N Serrano Ave
Los Angeles, CA 90029


Carlos Bartra
2523 S 6th Ave B
Arcadia, CA 91006


Kimberly Bell
2970 Yorktown Pl
Riverside, CA 92504


Berry Network Inc
PO Box 71090
Cincinnati, OH 45271-0909


Biesse America
P O Box 19849
4110 Meadow Oak Drive 28208
Charlotte, NC 28219-9849


Theresa Blankenstein
2792 Main Way Dr
Los Alamitos, CA 90720


Minerva Bojorge
2964 Sisal Place
Hacienda Heights, CA 91745

Jason Borowsky
664 4th Street Apt C
Hermosa Beach, CA 90254

WendyBremer
5660 Yolanda Ave 6
Tarzana, CA 91356

Reeana Brickman
16342 Whitefield Ct
Chino Hills, CA 91709

Terri Broderdorf
1946 Hacienda Dr
El Cajon, CA 92020

Deborah Brooks
33 Poppy
Irvine, CA 92618

Afsaneh Brown
5540 Loganberry Ln
Yorba Linda, CA 92887

Nicolas Buis
10855 Terra Vista Parkway
Number 60
Rancho Cucamonga, CA 91730

Shellee Burlington
14258 Fruitvale Road
Valley Center, CA 92082


Maria Patria Caballero
3733 Countryside Lane
Long Beach, CA 90806


Calsak Plastics
15325 Fairfield Ranch Road, Suite 150
Chino Hills, CA 91709


Laura Camacho
5908 Ben Alder Ave
Number 7566
Whittier, CA 90606


Bethany Campbell
37746 Amateur Way
Beaumont, CA 92223


Juan Cano
4642 Walnut St
Baldwin Park, CA 91706


Rhona Caplan
27 Martinique St
Laguna Niguel, CA 92677

Robert Carrier
8 Sterling Place
Rancho Mirage, CA 92270


Lucinda Carroll
3043 1/2 So Pacific Ave
San Pedro, CA 90731


Emilio Castro
9827 Haines Canyon Ave
Tujunga, CA 91042


Castulo Castro
898 W Oak Park Pl
West Covina, CA 91790


CDW Direct LLC
Accounts Receivable
PO Box 75723
Chicago, IL 60675-5723


Cesar Cedillos
1134 S Arizona
Los Angeles, CA 90022


Gary Chaney
6428 Elmhurst Ave
Alta Loma, CA 91237

Ryszard  Checinski
748  E Marilyn Way
Covina, CA 91722


Marlana Chesney
19772 Mt Wasatch Drive
Riverside, CA 92508


City of Carlsbad
PO Box 9009
Carlsbad, CA92018-9009


City of Industry
PO BOX 3366
City of Industry, CA 91744


Clear Systems
13438 Wyandotte St
North Hollywood, CA 91605


Randy Colclasure
119 Collwood
La Puente, CA 91746


Fidencio Colin
12011 S San Pedro
Los Angeles, CA 90061

Colorado Muffler & Auto
Repair
2155 East Colorado Blvd Unit 7
Pasadena, CA 91107


Comp
PO Box 2948
Riverside, CA 92516


Contractors Wardrobe
26121 Avenue Hall
Valencia, CA 91355


Maribel Corcuera
524 Camino De Teodoro
Walnut, CA 91789


Jose Correa
13302 Ankerton St
Whittier, CA 90601


Cynthia Cottrell
11382 Magnolia Ave C
Riverside, CA 92505


Michele Crump
42466 Circulo Marago
Murrieta, CA 92562

Dionicio Cruz
3220 Gludys Ave
Rosemead, CA 91770


Custom Plastics Inc
6700 Reliable Parkway
Chicago, IL 60686


D&D Tool & Supply
D & D Saw Works Inc
1445 Engineer St
Suite 110
Vista, CA 92081


D H Maintenance Services
George Wallis
2320 Back Nine Street
Oceanside, CA 92056-1701


DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

Gerard Dampf
3362 Knoxville
Long Beach, CA90808


Maureen Dampier
65 Firwood
Irvine, CA 92604

David Davis
4811 Salem Village Ct
Culver City, CA 90230


Day & Nite Forklift Co
12135 Clarke St
Santa Fe Springs, CA 90670


Daisy De La Rocha
4826 Elizabeth St
Cudahy, CA 90201


Yolanda De La Torre
9108 Bluford Ave
Whittier, CA 90602


Alfred Deanda
14438 Amar C
La Puente, CA 91744


Barbara Delahousaye
2606 Castle Rock Rd
Diamond Bar, CA 91765


Lucia Delianedis
8525 Yarrow Ln
Riverside, CA 92508

Whitney Denys
7312 Garfield Ave
Unit D
Huntington Beach, CA 92648


Hovik Derpetrosian
249 N Brand Blvd 306
Glendale CA 91203


Maria Diaz
9652 Glenbrook St
Cypress, CA 90630


Francine Draper
3478 Yuba Cir
Riverside, CA 92503


Glenn Driggers
5122 Westknoll Dr
Yorba Linda, CA 92686


E B Bradley Co
Dept LA 23520
Pasadena, CA 91185-3520


Anie Ekmekjian
280 S Euclid Ave
Pasadena, CA 91101

Malkon Elias
541 Woodbluff St
Duarte, CA 91810


Howard Emmons
1909 S Vine Ave
Ontario, CA 91762


Enterprise Rent a Car Carson
Attn Accts Receivable
PO Box 6200
Carson, CA 90749-6200


Jorge Estrada Lopez
13972 Francisquito Ave 22
Baldwin Park, CA 91706


Steven Fata
313 S Forestdale
Glendora, CA 91741


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Terry Fenton
911 Lincoln Blvd 3
Santa Monica, CA 90403

Jesus-Miguel Fernandez
10765 Alameda St
Bloomington, CA 92316


Laura Anne Ferraro
967 W 1st Street
San Pedro, CA 90731


Brinton Fickett
25920 Richville Dr
Torrance, CA 90505


First Choice Services
7373 Flores St
Downey, CA 90242-0211


First Communications LLC
PO Box 89406
Cleveland, OH 44101-6406


Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


Dominique Flores
1425 Falstone Ave
Hacienda Heights, CA 91745

Nora Flores
7042 S Pierce Ave
Whittier, CA 90602


Forest Plywood
14711 Artesia Blvd
La Mirada, CA 90638


Margaret Foss
5455 Sylmar Ave
Number 803
Sherman Oaks, CA 91401


Lorelei Frank
29794 Sea Shore Ln
Laguna Niguel, CA 92677


Juan Frias
13915 Bora Dr
La Mirada, CA 90638


Elva Galvan
1044 S Indiana St
Los Angeles, CA 90023


Alan Gamarra
4038 Walnut Grove
Rosemead, CA 91770

Lena Garabet
325 N Howard St
Number 12
Glendale, CA 91206


Albert Garcia
25827 Wordsworth Ln
Stevenson Ranch, CA 91381


Guadalupe Garcia
139 W 120th St
Los Angeles, CA 90061


Emilio Garcia Jr
10742 Shire Pl
Number 3
Whittier, CA 90601


Amado Puente Garcia
1724 Manor Cir
Pomona, CA 91766


Juan Carlos Garduno
11960 164th Street
Norwalk, CA 90650


Jose Carcia Garnica
847 Ardilla Ave
La Puente, CA 91746

Cary Garrison
33255 Margarita Hills Drive
Acton, CA 93510


GC Services
PO Box 7835
Baldwin Park, CA 91706


Bruce Gemberling
12402 Grandee Rd
San Diego, CA 92128


Gale Gibson
5785 Crescent Ave
Buena Park, CA 90620


Pharoah Gillis
4668 Huntington Dr 219
Los Angeles, CA 90032


GlassWerks LA Inc
PO Box 51095
Los Angeles, CA 90051-5395


Joel Godina
160 W Grondahl St
Covina, CA 91722

Donna Gomez
586 S Chipwood St
Orange, CA 92869


Nichole Gomez
13408 Faust Avenue
Bellflower, CA 90706


Adrian Gomez
15011 Chadron Ave
Number 1
Gardena, CA 90249


Livia Gonzalez
1429 N Sunset Ave
Azusa, CA 91702


FernandoGonzalez
3680 Chateau Court
Riverside, CA 92505


Mary Gooding
1900 S Dryden Lane
West Covina, CA 91792


Google Inc
Dept 33654
PO Box 39000
San Francisco, CA 94139

Annette Goulet
2545 Villamonte Court
Camarillo, CA 93010

Dolores Grand
5313 N Delta St
San Gabriel, CA 91776

Todd Grangruth
30267 Marne Way
Menifee, CA 92584

Krystal Green
9011 No Magnolia Ave
Santee, CA 92071

Karen Griswold
32962 Paseo Mira Flores
San Juan Capistrano, CA 92675

Ingliberto Gutierrez
8829 Coolhurst Dr
Pico Rivera, CA 90660

Denise Gutierrez
7216 Passons Ave
Pico Rivera, CA 90660

Roberto Gutierrez
1518 Norman Pl
Los Angeles, CA 90063


Mary Kathryn Haas
9977 Caminito Chirimolla
San Diego, CA 92131


Hafele America Co
PO Box 75352
Charlotte, NC 28275


Shant Hagob
809 N Verdugo Rd
Glendale CA 91206


Julia Hastings
688 N James Street
Orange, CA 92869


Tara Hays
22030 Celes St
Woodland Hills, CA 91364


Penny Hazen
82 104 Hopkins Dr
Indio, CA 92201

Clint Head
310 N Bromley Ave
West Covina, CA 91790


Joann Hellmer
3334 Camino Coronado
Carlsbad, CA 92009


Charles Hemrich
2717 Vista Circle
Orange, CA 92667


Juanita Henninger
673 Victoria Street D
Costa Mesa, CA 92627


Janet Hernandez
4402 Avenida Del Este
Yorba Linda, CA 92886


Victor Hernandez
10813 Elliot Street
Number 2
El Monte, CA 91733


Alejandro Hernandez
223 Shipman Ave
La Puente, CA 91744

Maricela Vazquez Hernandez
2643 Tyler Ave
Number 9
El Monte, CA 91733


Jose Herrera
13249 Corak St
Baldwin Park, CA 91706


Donna Hewitt
386 So Miraleste Drive 469
San Pedro, CA 90732


Deborah Hines
9820 Bright St
Spring Valley, CA 91977


Heidi Holmes
273 E Hillcrest Drive
Encinitas, CA 92024


Elfego Huerta Torres
311 Washington St
Vista, CA 92084


Cau Huynh
14751 Los Angeles St
Baldwin Park, CA 91706

Arnulfo Ibarra
543 North Cummings Street
Los Angeles, CA 90033

Ibrahim Ibrahim
1216 E Glenoaks
Number 6
Glendale, CA 91206

Innovate Media Group
3199 A 3 Airport Loop Drive
Costa Mesa, CA 92626

International Banking
Technology Inc
19 Culpeper Street
Warrenton, VA 20186

Mohammad Izadi
1026 Clearbrook Ln
Vista, CA 92084

Lucio Jaimes
3453 Patritti Ave
Baldwin Park, CA 91706

Jal Sin Auto Glass
13101 E Valley Blvd
La Puente, CA 91746

Nina Jaminola
13200 Pacific Promenade
Number 152
Playa Vista, CA 90094


Jenise Jansen
460 Wellesley Drive Apt 104
Corona, CA 92879


Jon Jasper
12082 Abacherli Pl
Chino, CA 91710


Nemorio Jauregui
4522 Paramount Blvd
Pico Rivera, CA 90660


Russell Jensen Jr
14930 Saragosa
Whittier, CA 90606


Adrianna Jimenez
PO BOX 79
Piru, CA 93040


Hoori Jivalagian
815 Saint Katherine
La Canada, CA 91011

Alexsan  Jivalagian
433 Ross St
Glendale, CA 91207


Larry Johnson
1003 Unidad Way
Oxnard, CA 93030


Rebecca Johnson
816 Coriander Drive D
Torrance, CA 90502


Philip Jojola
1102 S Evanwood
West Covina, CA 91790


Minas Kazanjian
1259 Graynold Ave
Glendale CA 91202


Michael  Kinzie
3592 Vista Laguna Rd
Fallbrook, CA 92008


Chaya Kirsh
13151 Fountain Park Dr
C 429
Playa Vista, CA 90094

Sheree Knuth
1005 Prospect Ave
Hermosa, CA 90254


Hinri Krikor
1223 E Lexington
Number 3
Glendale, CA 91206


Barbara Lafountain
4152 Eileen Street
Simi Valley, CA 93063


Mary Lamb
1777 Grevelia St
Letter B
South Pasadena, CA 91030


John Landan
21930 Valerio Street
Unit 10
Canoga Park, CA 91303


Francisco Landeros
11508 Dodson St
Letter B
El Monte, CA 91732

Jesus Langarica
670 Echandia St
Number 1
Los Angeles, CA 90033


Joyce Langdon
714 Pier Ave
Number 1
Santa Monica, CA 90405


Eddy Lao
7101 Mclaren Ave
Westhills, CA 91307


Rogelio Laroco
730 Buena Vista Ave
La Habra, CA 90631


Alberto Lazcano
1037 Brdmoor Ave
La Puente, CA 91744


Elizabeth Lazear
5985 E Prospector Cir
Anaheim Hills, CA 92807


Eusebio Leal Cardozo
442 1/2 E 41st St
Los Angeles, CA 90011

Daniel Lebs
13620 Helen Street
Whittier, CA 90602


Iden Lee
114 S Almansor St
Alhambra, CA 91801


Kathy Leifson
1219 S Citrus Ave
Escondido, CA 92027


Terry Leung
5432 Marview Dr
La Palma, CA 90623


Judi Levitan
222 N Rose
Burbank, CA 91505


Alejandro Limon
4926 Church St
Pico Rivera, CA 90660


Christian Lomeli
444 3/4 Camulos Street
Los Angeles, CA 90033

Florentino Lopez
4118 S Foxlake Ave
West Covina, CA 91792


Steven Lopez
PO Box 8456
La Verne, CA 91750


Alvaro Lopez
13729 Judith St
La Puente, CA 91746


Enrique Lopez
271 E Dexter St
Number 1
Covina, CA 91723


Los Angeles County Tax
Collector
PO Box 54018
Los Angeles, CA 90054-0018


Louis and Company
P O Box 2253
Brea, CA 92822-2253


Jean-Michel Ly
16015 Sigman St
Hacienda Heights, CA 91745

Jose Malagon R
347 Workman Mill Rd
La Puente, CA 91746


Kimberly Mann
3213 Palos Verdes Drive
Palos Verdes, CA 90274


Martin Manzo
207 E 105 St
Los Angeles, CA 90003


Angel Manzo
3878 1/2 La Salle Ave
Los Angeles, CA 90062


Wahek Mardros
325 Thompson Ave B
Glendale, CA 91201


Lucio Marias
3009 Allgeyer Ave
Apt G
El Monte, CA 91731


Dean Marin
3426 Westcott Ave
Baldwin Park, CA 91706

Shant Markarian
347 Vine Street
Apt B
Glendale, CA 91204


Mireya Marron
13484 Fifth Street
Yulaipa, CA 92399


Jose Martinez
223 Candice Pl
Vista, CA 92083


Rosa Martinez
17350 E Temple Ave
Number 444
La Puente, CA 91744


Jose Martinez Gutierrez
2512 Mountain View Rd
El Monte, CA 91733


Jean Marvin
17825 Longview Cir
Yorba Linda, CA 92886


Mario Mata
13835 Christine Dr F
Whittier, CA 90605

Flavio Matamoros Jr
5908 Ben Alder Ave
Whittier, CA 90606

Lorraine Mauries
9518 Loch Aveon Dr
Pico Rivera, CA 90660

Paula Maxwell
661 Colina Vista
Ventura, CA 93003

Judith McAllister
1184 Salem Dr
Corona, CA 92881

Verna McElderry
1436 Bruce Ave
Glendale CA 91202

Frank Melkonian
815 Saint Katherine
La Canada, CA 91011

Liza Melkonian
207 W Lomita
Apt 317
Glendale, CA 91204

Shant Melkonian
341 Geneva St
Number 4
Glendale, CA 91206


Carlos Mendez
3533 Gilman Rd
Letter A
El Monte, CA 91732


Trinidad Mendoza
14033 Whitesell St
La Puente, CA 91746


Jaime Mentado
6217 S Crenshaw Blvd
Los Angeles, CA 90043


Veronica Merin
3589 E 53rd Street
Maywood, CA 90270


Carol Miller
3669 Bayberry Dr
Chino Hills, CA 91709


Emerson Miranda
6202 Vista Del Mar
Number 352
Playa Del Rey, CA 90293

Erna Miranda
7611 Van Noord Ave
North Hollywood, CA 91605


Mobile Fleet Wash Inc
PO Box 3312
La Habra, CA 90631


Mohawk Fishing Products Inc
PO Box 22000
Hickory, NC 28603


Deborah Mohr
4612 Grandview Dr
Palmdale, CA 93551


Guadalupe Molina
14554 Pacific Ave
Baldwin Park, CA 91706


Money Mailer Inc
12131 Western Ave
Garden Grove, CA 92841


Fausto Montano
15812 Harvest Moon St
La Puente, CA 91744

Alexander Moreno
11370 Thienes Ave S
El Monte, CA 91733


Giovana Muela
1630 S Barranca 127
Glendora, CA 91740


Luis Murillo
15957 Meadowside
La Puente, CA 91744


National Insert Group
10441 Santa Monica Blvd
Number 2
Los Angeles, CA 90025


Desiree Nava
12017 Nava Street
Norwalk, CA 90650


Margaret Nelson
5320 Colodny Dr 6
Agoura Hills, CA 91301


NorthStar
Accounts Receivables
27011 Network Place
Chicago, IL 60673

Victoriano Nunez
3452 Milton St
Pasadena, CA 91107


Jennifer Oberfoell
10205 Buford Ave
Apt 2
Inglewood, CA 90304


Mary Ogrady
1336 Helen Drive
Los Angeles, CA 90063


Shannon Ohowell
11233 Essex Ave
Pomona, CA 91766


Suzette Olea
8233 Station Village
Ln 2215
San Diego, CA 92108


Mauro Escobar Oleo
302 S Clementine St
Letter C
Oceanside, CA 92054


Bea Oliver
133 E La Deney Drive
Ontario, CA 91764

Eddie Ontiveros
4688 Huntington Dr S
Number 105
Los Angeles, CA 90032


Thomas Orantes
7056 1/2 Dinwiddie St
Downey, CA 90241


Virginia Orozco
1110 E Philadelphia St
Number 7302
Ontario, CA 91761


Andres Orozco Villa
2511 S Maple Ave
Los Angeles, CA 90011


Jesus Ortiz
538 Tonopah Ave
La Puente, CA 91744


Wendy Jimenez Osuna
14208 Demblol Street
Baldwin Park, CA 91706


Outils Gladu Inc
Nap Tools LLC
75 Remittance Drive
Suite 6639
Chicago, IL 60675-6639

Cheryl Owens
27363 Young Dr
Laguna Niguel, CA 92677


Amy Paciorek
842 Sunset Blvd
Number 7
Arcadia, CA 91007


Alvaro Paiz
782 Van Ness Ave
Number 102
Los Angeles, CA 90038


Freddi Pakier
2109 Sun Valley Rd
San Marcos, CA 92078


Salvador Cabrera Paredes
217 Basetdale Ave
La Puente, CA 91746


Jose Lizarraga Paredes
621 N Fickett St
Los Angeles, CA 90033


Ignacio Pascual
1135 E 7th St
Number 10
Pomona, CA 91766

Ramon Alvarez Pena
4055 Fihurst St
Baldwin Park, CA 91706


Nancy Silva Pena
6303 Magnolia Ave
Whittier, CA 90601


Penny Saver
Dept 6082
Los Angeles, CA 90088-6082


Silvia Perelli
2262 Calle Bienvenida
Chino Hills, CA 91709


PG Telecom Holdings Inc
30251 Golden Lantern
Suite E PMB 508
Laguna Niguel, CA 92677


Genie Pieroni
1247 Fawnridge Dr
Brea, CA 92821


Jose Pimienta
13731 Don Julian Rd
La Puente, CA 91746

Joseph Pineda
856 Volande Ct
Perris, CA 92571


Melchor Polanco
1469 Kurtz Ave
Los Angeles, CA 90063


Deborah Landon Politi
26152 Lone Rock Court
Santa Clarita, CA 91381


Nongluck Poopatanapong
21602 Fern Glen Ct
Walnut, CA 91789


Hugo Posada Salas
414 Hillward Ave
West Covina, CA 91791


Hrayer Postik
325 N Howard St
Number 12
Glendale, CA 91206


Premiere Global Services
PO Box 404351
Atlanta, GA 30384-4351

Jeanine Price
872 Capitan St
Newbury Park, CA 91320


Printonall
6612 San Fernando Road
Glendale, CA 91201


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711


Elmer Pulido
730 Buena Vista Ave
La Habra, CA 90631


Faith Pyka
22802 Via Santa Rosa
Mission Viejo, CA 92691


Loreto Quiroz
426 E 70th St
Los Angeles, CA 90003


John Ramirez
18338 E Gaillard Street
Azusa, CA 91702

Marisol Ramirez
6810 Rita Ave
Huntington Park CA 90255


Jorge Ramirez
1610 Pleasant Ave 5
Los Angeles, CA 90033


Arturo Raya
538 Tonopah Ave
La Puente, CA 91744


Patrice Raymond
20614 Vermont Ave 33
Torrance, CA 90502


Ricardo Razo
839 Cabana Ave
La Puente, CA 91746


Recall Secure Destruction
PO Box 841709
Dallas, TX 75284-1709


Eliseo Recinos
6146 1/2 Mesa Ave
Los Angeles, CA 90042

Heather Reed
9464 Juniper St
Apple Valley, CA 92308


Luzviminda Remy
25011 Rivendell Drive
Lake Forest, CA 92630


Raul Rendon Jr
18338 E Gaillard St
Azusa, CA 91702


Gondi Reyes
12700 Elliott Ave
Number 10
El Monte, CA 91732


Arturo Ocon Reyes
14061 Osage Road
Apple Valley, CA 92307


Karen Ricker
3152 Charlemagne Ave
Long Beach, CA90808


Fernando Rico
4830 La Sena Ave
Baldwin Park, CA 91706

Mary Rieman
1665 Turnbull Canyon Rd
Hacienda Heights, CA 91745


Elvia Rios
5807 Court Ave
Whittier, CA 90601


Antonio Rios
15028 Haylan
La Puente, CA 91744


Javier Rivera
3624 1/2 Dwiggins St
Los Angeles, CA 90063


Rose Marie Robinson
3900 Calle Alta Vista
Newbury Park, CA 91320


Ashley Robinson
5511 Harmony Ln
Quartz Hill, CA 93536


Maria Robles
13503 Mocasin
La Puente, CA 91746

Rafael Robles
3760 Esmeralda
El Monte, CA 91731


Gilbert Robles Jr
923 Ballista Ave
La Puente, CA 91744


Christine Rodriguez
509 W Alameda Ave
Number 3
Azusa, CA 91702


Salvador Rodriguez
9930 50th Street
Riverside, CA 92509


Edgar Rodriguez
747 N Azusa Ave
Number 9
West Covina, CA 91791


Pablo Rojas
622 E Bonnie View Dr
Rialto, CA 92376


Roly s Trucking Inc
13645 Live Oak Lane
Irwindale, CA 91706

Catherine Rozich
27762 Homestead Road
Laguna Niguel, CA 92677


Vilma Sakha
5943 Dunrobin Ave
Lakewood, CA 90713


Willians Salazar
4859 Marian Ave
Baldwin Park, CA 91706


Maressa Saldana
2220 Felicia Ave
Rowland Heights, CA 91748


Marcos Salgado
544 Leverett D
La Puente, CA 91744


Artemio Salmeron
1440 Oak Dr H5
Vista, CA 92084


Jose Samora
749 S Montebello Blvd
Montebello, CA 90640


Manuel Sanchez
345 N Perth Ave
La Puente, CA 91744

Rosa Sandez-Rangel
1271 Stagecoach Trail Loop
Chula Vista, CA 91915


Jose Sandoval
541 S La Seda Road
La Puente, CA 91744


Wartan Sanoian
1502 E Maple St
Glendale, CA 91205


Santa Fe Pallets
PO Box 2092
14701 1/2 Proctor Ave
La Puente, CA 91746


Jose Santana
2290 Farringdon Ave
Pomona, CA 91768


Jason Saxton
4525 Anne Sladon St
Oceanside, CA 92057


Brenda Scantlin
18742 Vista Del Canon
Unit C
Newhall, CA 91321

Andrea Scarla
372 Paseo Pacifica
Encinitas, CA 92024


Georgianna Schwarz
1177 Kingston St
Costa Mesa, CA 92626


Lena Seibert
3807 Calle La Quinta
San Clemente, CA 92673


Raymond Shadwick
5031 Monroe Ave
San Diego, CA 92115


Sidelines Inc
PO Box 696
Lincroft, NJ 07738


Sandra Sinatra
310 N Bromley Ave
West Covina, CA 91790


Greg Smith
13533 Murphy Hill Dr
Whittier, CA 90601

Lisa Smith
3 Blue Point
Aliso Viejo, CA 92656


Softline Solutions LLC
3917 Fountain Ave
Los Angeles, CA 90029


Carolyn  Somers
16130 Otsego St
Encino, CA 91436


Maria Sotomayor
353 S 5th Ave
La Puente, CA 91746


Cheri Stanley
28139 Bobwhite Cir
Number 88
Santa Clarita, CA 91350


Stanley Pest Control
2555 Loma Avenue
South El Monte, CA 91733-1417


Staples Business Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689

State Courier Service
Excel Delivery Systems
PO Box 191
Burbank, CA 91503


Theresa Stenger
15455 Glenoaks Blvd 386
Sylmar, CA 91342


Stiles Machinery Inc
NW 6027
PO BOX  1450
Minneapolis, MN 55485-6027


Mary Strang
375 E Second St
Number 422
Los Angeles, CA 90012


Mary Subia
11615 Firestone Blvd
Number 311
Norwalk, CA 90650


T-Mobile
PO Box 51843
Los Angeles, CA 90051-6143


I Teng
1671 S Ridley Ave
Hacienda Heights, CA 91745

Mirjana Terrell
630 Brae Mar Ct
Encinitas, CA 92024


Gerard    Thompson
18 Westcliff
Laguna Niguel, CA 92677


Genelle Toll
24251 Twig Street
Lake Forest, CA 92630


Mauricio Torres
5118 Baldwin Park Blvd
Baldwin Park, CA 91706


Felipe Trujillo
1770 S Towne Ave
Pomona, CA 91766


Nestor Trujillo
PO BOX 522
Lynwood, CA 90262


Ramon Ulloa
12865 Carriage Hts
Poway, CA 92064

Robert Urbina
6723 Newlin Ave B
Whittier, CA 90601

Richard Urbina
5430 Rosemead Blvd
Number 51
Pico Rivera, CA 90660

Guillermo Urvina
501 S Freeman Apt H
Oceanside, CA 92054

Morad Vakilian
10159 Eagle Rock Ave
San Diego, CA 92126

Beatriz Valladares
224 E 78th Street
Los Angeles, CA 90003

Jorge Vallejo
1537 W San Bernardin Rd C
West Covina, CA 91790

Pedro Vargas
1012 Olympus Ave
Hacienda Heights, CA 91745

Conrad Velasquez
12166 Kiowa Road
Number 3
Apply Valley, CA 92307


Gumesindo Velasquez Leanos
14662 Valley Blvd
La Puente, CA 91746


Verizon California
PO Box 9688
Mission Hills, CA 91346-9688


Alfonso Villa Lora
1326 S Reservoir
Pomona, CA 91766


Miriam Villanueva
3421 Green Glade Ave
Pico Rivera, CA 90660


Juan Villasenor
10811 Indiana Street
Whittier, CA 90601


Lilia Villasenor
124 Candy Lane
Encinitas, CA 92024

Neda Viscovich
2810 Via Diego
Carlsbad, CA 92010


Dena Vosefski
29853 Miller Rd
Valley Center, CA 92082


Sarah Wear
11936 Ratner Street
North Hollywood, CA 91605


Russell Wells
44226 Hazel Canyon L
Palm Desert, CA 92260


Westair Gases and Equipment In
PO Box 620338
San Diego, CA 92162-0338


Steven White
80283 Camino San Mateo Dr
Indio, CA 92203


Susan Willard
73450 Country Club Dr
Number 47
Palm Desert, CA 92260

Heather  Wilmoth
4216 E 5th Street
Number 204
Long Beach, CA90814


Miracle Wilmoth
1218 E Broadway
Number 206
Long Beach, CA90802


World Marketing LA
14407 Alondra Blvd
La Mirada, CA 90638-5504


Ada Yzusqui
1853 Avenida De Las Flores
Thousand Oaks, CA 91362


Ara Zadoian
10008 Mountair Ave
Tujunga  CA 91042


Julio Zarate
13556 Alanwood Rd
La Puente, CA 91746


Evander  Zuniga
12955 Yorba Ave
Chino, CA 91710